## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **MARLENY BLANCO-RIVERA,** | ) |
| | ) |
| *Plaintiff* | ) **Civil Action No. 0:21-CV-2769-SRN/TNL** |
| | ) |
| **v.** | ) |
| | ) |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| | ) |
| *Defendant* | ) |

### ORDER GRANTING EXTENSION OF TIME

This matter is before the Court on Defendant's Unopposed Motion for Extension of Time for Defendant to file an answer to Plaintiff's Complaint.

IT IS HEREBY ORDERED that the Motion for Extension of Time (ECF No. 5) is **GRANTED**. Defendant shall have until and including April 2, 2022 to file an Answer to Plaintiff's Complaint.

ORDERED this 2nd day of March, 2022.


_____*s/Tony N. Leung*_____
Tony N. Leung
United States Magistrate Judge